**Order entered July 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00126-CR

**SILVINO RICARDO AREVALO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-24895-U**

## ORDER

Before the Court is court reporter Sasha Brooks's July 24, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before July 31, 2018.

/s/     LANA MYERS
         JUSTICE